IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**NIKKI FOREMAN**, *et al.*                                                              **PLAINTIFFS**

v.             **CASE NO. 2:24-CV-00076-BSM**
                                **2:24-CV-00100-BSM**

**BLESSED ROAD, INC.** *et al.*                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE